# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY DRUCKENMILLER,**<br>        **Plaintiff,**<br><br>        v.<br><br>**NANCY A. BERRYHILL,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-528** |

## O R D E R

**AND NOW**, this 28th day of November, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9, filed June 12, 2017), the record in this case, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated November 2, 2017, Plaintiff's Objections to the Magistrate Judge's Report and Recommendations (Document No. 15, filed November 16, 2017), and Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Document No. 17, filed November 28, 2017), **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated November 2, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Magistrate Judge's Report and Recommendations are **OVERRULED** for the reasons stated in the Report and Recommendation which has been approved and adopted by the Court;

3. Plaintiff's Request for Review is **DENIED**; and,

4. The Clerk of Court shall **MARK** this case **CLOSED**.

             **BY THE COURT:**

             **/s/ Hon. Jan E. DuBois**
             _____
             **DuBOIS, JAN E., J.**